**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. 14 CV 1748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2545 |
| | ) | |
| This Document Relates To: | ) | |
| *Joseph Rock and Diane Rock v. AbbVie Inc., et al.* | ) | |
| Case No. 1:16-cv-05757 | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and between counsel for Plaintiff Joseph Rock and

counsel for Defendants AbbVie Inc., Abbott Laboratories, Inc., AbbVie Products LLC, Unimed

Pharmaceuticals, LLC, Besins Healthcare Inc. and Besins Healthcare, S.A., pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned Complaint is hereby dismissed

without prejudice as Plaintiff had previously filed a Complaint in this litigation. Plaintiff will

pursue his claims in the case docketed at *Joseph A. Rock and Diane M. Rock v. AbbVie Inc.et al.*,

No. 16-cv-06203.

Dated: September 20, 2016

*/s/ T. Matthew Leckman*
T. Matthew Leckman, Esq.
Pogust Braslow & Millrood, LLC
161 Washington St. Suite 940
Conshohocken, PA 19428
mleckman@pbmattorneys.com

*Attorney for Plaintiff Joseph Rock and Diane Rock*

/s/ *Katherine Unger*
Katherine Unger
DECHERT LLP
2929 Arch St., Cira Centre
Philadelphia, PA 19104-2808
Katherine.ungerdavis@dechert.com

*Attorneys for AbbVie Inc. and Abbott Laboratories, Inc.,*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 20, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ T. Matthew Leckman*